UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20899-CR-SEITZ/MCALILEY

UNITED STATES OF AMERICA,
    Plaintiff,
v.

CARLOS GONZALEZ,
    Defendant.
_____/

### ORDER

In consideration of the Defendant's Motion to Disburse Bond, it is thereupon

ORDERED that the Clerk of this Court forthwith make the disbursement of $2,500 plus accrued interest to Nery Matos at the address specified in the Internal Revenue Service W-9 form filed with the Financial Deputy Clerk.

DONE AND ORDERED at Miami, Florida, this 2nd day of July, 2008.

Patricia A. Seitz
United States District Judge

cc:    Financial Deputy Clerk (w/original W-8 or W-9)